**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE HAROLD CAMPBELL,<br><br>        Petitioner,<br><br>  v.<br><br>T. OCHOA,<br><br>        Respondent. | ) NO. CV 11-7967-JAK (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order: Accepting Findings and Recommendations of United States Magistrate Judge; and Denying Certificate of Appealability,

IT IS ADJUDGED that this action is dismissed as follows: Ground One and Three are dismissed with prejudice; and Ground Two is dismissed without prejudice.

DATED: <u>November 9, 2011</u>.

                                                _____
                                                JOHN A. KRONSTADT
                                          UNITED STATES DISTRICT JUDGE