1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11   EUGENE HAROLD CAMPBELL,         ) NO. CV 11-7967-JAK (MAN)
                                     )
12                  Petitioner,      )
                                     )
13        v.                         ) JUDGMENT
                                     )
14   T. OCHOA,                       )
                                     )
15                  Respondent.      )
     _____)
16
17        Pursuant to the Court's Order: Accepting Findings and
18   Recommendations of United States Magistrate Judge; and Denying
19   Certificate of Appealability,
20
21        IT IS ADJUDGED that this action is dismissed as follows: Ground One
22   and Three are dismissed with prejudice; and Ground Two is dismissed
23   without prejudice.
24
25   DATED: November 9, 2011.
26
27                                      _____
28                                           JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE